**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6418**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID CARROLL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (1:94-cr-00519-1)

Submitted: June 22, 2009                    Decided: July 1, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Carroll, Appellant Pro Se. James L. Trump, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Carroll appeals the district court's orders denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c) (2006), and his motion to convene a three-judge district court. We have reviewed the record and find no reversible error. Accordingly, we deny Carroll's motion to remand and affirm for the reasons stated by the district court. United States v. Carroll, No. 1:94-cr-00519-1 (E.D. Va. Jan. 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2